UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN STEWART, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:17-cv-04833 |
| | : | |
| READING HEALTH SYSTEM, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 28th day of February, 2018, upon consideration of Plaintiff's Praecipe to Discontinue filed on February 21, 2018, ECF No. 9, and in light of the fact that although a week has passed since the filing of the Praecipe the Clerk's Office has still not terminated the case,[1] **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment).